**Dismiss and Opinion Filed February 21, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01437-CV

### IN THE INTEREST OF T.N. AND R.N., CHILDREN

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-57157-2018**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Partida-Kipness

This appeal challenges the trial court's August 20, 2019 final decree of divorce. A timely motion for new trial was filed, making the notice of appeal due November 18, 2019 or, with an extension motion, no later than December 3, 2019. *See* TEX. R. APP. P. 26.1(a), 26.3. The notice of appeal was filed November 20, 2019, within the extension period, but without the required extension motion.

Because the timely filing of a notice of appeal is jurisdictional, we directed appellant to file, no later than January 21, 2020, a motion that reasonably explained the need for the extension. *See id.* 10.5(b), 26.3; *Brashear v. Victoria Gardens of McKinney, LLC*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice, appellant has not complied. *See* TEX. R. APP. P. 42.3(a),(c).

We cannot deem a notice of appeal filed within the extension period timely without an extension motion. *See* TEX. R. APP. P. 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). And, without a timely filed notice of appeal, we lack jurisdiction. *See Brashear*, 302 S.W.3d at 545. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

191437F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF T.N. AND R.N., CHILDREN

No. 05-19-01437-CV          V

On Appeal from the 470th Judicial District Court, Collin County, Texas
Trial Court Cause No. 470-57157-2018.
Opinion delivered by Justice Partida-Kipness, Justices Nowell and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 21st day of February, 2020.